**IT IS ORDERED as set forth below:**

Date: June 14, 2023

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN THE MATTERS OF: | : | CASE NUMBERS: 23-55371-JWC |
|---|---|---|
|  | : |  |
| RAINBOW HOUSE, INC., | : |  |
| Debtor. | : | CHAPTER 7 |
|  | : |  |
|  | : |  |
|  | : | JUDGE CAVENDER |

ORDER DISMISSING DUPLICATE CASE

The matter before the Court is Debtor's Amended Voluntary Motions to Dismiss the

Debtor's Duplicative Chapter 7 Filing (Doc #4) filed on June 13, 2023 and (Doc#5) filed June 14, 2023.

It appears to the Court that the above styled case was inadvertently filed by Debtor's Counsel on June 7, 2023, and is duplicative of a previously filed case - In Re: RAINBOW HOUSE, INC., Case Number 23-55369.

It further appears to the Court that it is the Debtor's intent to continue proceeding in Case Number 23-55369.

The Clerk's Office was notified by the Debtor's Attorney and was instructed what was needed to resolve this matter.

IT IS THEREFORE ORDERED that the above case is **dismissed and void ab initio and the filing fee is waived.**

parties.   The Clerk is directed to serve a copy of this order in on all creditors and interested

END OF DOCUMENT